UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> JUAN GUSTAVO SOLORZANO IMERI, <br> a/k/a "Victor Monroy Rivas," <br><br> Defendant. | Affirmation in Support of Application for Order of Continuance <br><br> 24 Mag. 3556 |

State of New York              )
County of New York          : ss.:
Southern District of New York )

      Jonathan L. Bodansky, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated October 8, 2024, with violations of 18 U.S.C. §§ 924 and 2; and 21 U.S.C. § 963. The defendant was arrested on July 15, 2025, and was presented in this District before Magistrate Judge Jennifer E. Willis on July 16, 2025, at which proceeding the defendant was represented by Andrew Dalack, Esq., and ordered detained.

      3.      At the presentment on July 16, 2025, a preliminary hearing was scheduled for August 15, 2025. Under the Speedy Trial Act, the Government had until August 14, 2025 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

5.      Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before August 14, 2025.

6.      Therefore, the Government requests a 30-day continuance until September 15, 2025, to continue the foregoing discussions toward resolving this matter. I have personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to September 15, 2025, and has specifically consented to this request.

7.      For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:  New York, New York
        August 14, 2025

/s/ *Jonathan L. Bodansky*
Jonathan L. Bodansky
Assistant United States Attorney
212-637-2385