UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN GUSTAVO SOLORZANO IMERI,<br>a/k/a "Victor Monroy Rivas,"<br><br>Defendant. | Affirmation in Support of<br>Application for Order of<br>Continuance<br><br>24 Mag. 3556 |

State of New York          )
County of New York         : ss.:
Southern District of New York )

      Jonathan L. Bodansky, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

      2.      The defendant was charged in a complaint dated October 8, 2024, with violations of 18 U.S.C. §§ 924 and 2; and 21 U.S.C. § 963. The defendant was arrested on July 15, 2025, and was presented in this District before Magistrate Judge Jennifer E. Willis on July 16, 2025, at which proceeding the defendant was represented by Andrew Dalack, Esq., and ordered detained.

      3.      At the presentment on July 16, 2025, a preliminary hearing was scheduled for August 15, 2025. Under the Speedy Trial Act, the Government had until August 14, 2025 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4.      On August 14, 2025, Magistrate Judge Henry J. Ricardo entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until September 15, 2025.

5.      On September 15, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until October 15, 2025.

6.      On October 15, 2025, Magistrate Judge Ona T. Wang entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until November 14, 2025.

7.      On November 14, 2025, Magistrate Judge Robyn F. Tarnofsky entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until December 15, 2025.

8.      On December 15, 2025, Magistrate Judge Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until January 14, 2026.

9.      On January 14, 2026, Magistrate Judge Stewart D. Aaron entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within

which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until February 13, 2026.

10. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before February 13, 2026.

11. Therefore, the Government requests a 30-day continuance until March 16, 2026, to continue the foregoing discussions toward resolving this matter. I have personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to March 16, 2026, and has specifically consented to this request. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

12. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
       February 12, 2026

                                        /s/ *Jonathan L. Bodansky*
                                        Jonathan L. Bodansky
                                        Assistant United States Attorney
                                        212-637-2385